UNITED STATES BANKRUPTCY COURT  **EASTERN** DISTRICT OF PENNSYLVANIA
In RE:  Julie Sweitzer  Case No:  17-11628

# AMENDED - CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used, they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee.  Debtor and/or debtor's employer shall pay to the trustee the sum of  **$1,277.22**    *monthly* for a period of:  54 months..  From the payments so received, the Trustee shall make disbursements as follows:

   A.  ADMINISTRATIVE CLAIMS.
   1. Trustee Commissions (as statutorily allowed.)
   2. Paul H. Herbein Attorney at Law,   Attorney's fees  $2,000.00

B.  PRIORTY CLAIMS

   NONE

C.  SECURED CLAIMS

   Wilmington Savings Fund Society, Rushmore Loan Management, P.O. box 55004, Irvine, CA  92619-2708
   Pay arrears of $43,706,17 through the plan,  Post petition payments to be made outside of the plan.

D. UNSECURED CREDITORS
   Pay unsecured creditors pro rata.

E.  MISCELLANEOUS

   Naviant Solutions, LLC on Behalf of Department of Education Loan Services, P.O. box 9635, Wilkes-Barre, PA  18773
   Post petition payments to be made outside of the plan.

   TOTAL LENGTH OF PLAN  60


   TOTALAMOUNT OF PLAN    $69,270.077
   LESS PAYMENTS MADE TO DATE:         300.00

   TOTAL REMAINING DUE:         $ 68,970.08 /54 payments=$1,277.22

.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 *U.S.C./350.*

*Dated: 09/13/2017    _s/  JULIE SWEITZER*