# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **Julie Sweitzer** | : |
| Debtor | : CHAPTER 13 |
| | : |
| | : Docket No.: 17-11628 |

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, PAUL H. HERBEIN, ESQUIRE, attorney for Debtor, hereby certify that:

1. The Application for Compensation and Reimbursement of Expenses and Notice was served upon the U.S. Trustees Office; Chapter 13 Trustee, Frederick L. Reigle's Office, Julie Sweitzer and all creditors and interested parties;

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: July 9, 2018

/s/ Paul H. Herbein, Esquire
PAUL H. HERBEIN, ESQUIRE
Attorney for Debtor
Attorney I.D. #55200
2601 Centre Avenue
Reading, PA  19605
(610) 921-4545