# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **Julie Sweitzer** : | |
| Debtor : | CHAPTER 13 |
| : | |
| : | Docket No.: 17-11628 |

## ORDER

AND NOW, upon consideration of the fee application of Paul H. Herbein, Esquire, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office and all other interested parties, with no outstanding objection, it is hereby:

ORDERED that the application for fees is approved and the applicant may receive fees of $3,500.00, of which $3,500.00 is for attorney's fees and $ 0.00 is for expense reimbursement of which $ 2,500.00 has been paid.

**Date: July 10, 2018**

_____
, J.