United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Julie Sweitzer  
     Debtor

Case No. 17-11628-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jul 10, 2018  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.  
db          +Julie Sweitzer,   4 Kramer Lane,   Reading, PA 19606-1026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 02:23:57     Synchrony Bank,  
        c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                                                               TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society FSB  
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         KEVIN G. MCDONALD    on behalf of Debtor Julie  Sweitzer bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society FSB  
         bkgroup@kmllawgroup.com  
         PAUL H. HERBEIN    on behalf of Debtor Julie  Sweitzer PHERBEIN@AOL.COM,   herbeinlaw@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| **Julie Sweitzer** : | |
| Debtor : | CHAPTER 13 |
| : | |
| : | Docket No.: 17-11628 |

### ORDER

AND NOW, upon consideration of the fee application of Paul H. Herbein, Esquire, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office and all other interested parties, with no outstanding objection, it is hereby:

ORDERED that the application for fees is approved and the applicant may receive fees of $3,500.00, of which $3,500.00 is for attorney's fees and $ 0.00 is for expense reimbursement of which $ 2,500.00 has been paid.

**Date: July 10, 2018**

_____, J.