*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Julie Sweitzer
    Debtor(s)

Case No: 17−11628−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 4 Kramer Lane, Reading, Pa 19606, in addition to Motion for Relief from Co−Debtor Stay Re: Michael Corisdeo Filed by Wilmington Savings Fund Society FSB Represented by KEVIN G. MCDONALD.

*Hearing rescheduled from 9:30 AM to 11:00 AM 8/29/2019

on: 8/29/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/19/19

Timothy B. McGrath
Clerk of Court

34 − 30
Form 167