United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11628-elf
Julie Sweitzer                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR            Page 1 of 2              Date Rcvd: Jun 19, 2019
                            Form ID: 167           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db          +Julie Sweitzer,    4 Kramer Lane,    Reading, PA 19606-1026
13879391    +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
13879395    +Paypal credit,    P.O. 5018,    Lutherville Timonium, MD 21094-5018
13879397    +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
13879399    +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
13972984    +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
              P.O. Box 55004,    Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13968142    +E-mail/Text: bncmail@w-legal.com Jun 20 2019 02:47:32      COMENITY CAPITAL BANK,
              C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
13879393    +E-mail/PDF: pa_dc_ed@navient.com Jun 20 2019 02:51:42      Dept Of Ed/Navient,
              Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
13883463     E-mail/Text: mrdiscen@discover.com Jun 20 2019 02:47:20      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13879394    +E-mail/Text: mrdiscen@discover.com Jun 20 2019 02:47:20      Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
13966609    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2019 02:47:30      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
13959468     E-mail/PDF: pa_dc_claims@navient.com Jun 20 2019 02:51:21
              Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
13879396     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2019 02:51:39
              Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13973131     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2019 02:51:58
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14202410    +E-mail/Text: bncmail@w-legal.com Jun 20 2019 02:47:32      SYNCHRONY BANK,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13880102    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 02:51:57      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13879398    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 02:51:58      Synchrony Bank/Lowes,
              Po Box 965064,    Orlando, FL 32896-5064
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +SYNCHRONY BANK,   c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
              Seattle, WA 98121-3132
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13966614*   +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
13879392   ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society FSB
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-4          User: SaraR                 Page 2 of 2                  Date Rcvd: Jun 19, 2019
                              Form ID: 167                Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com
         PAUL H. HERBEIN    on behalf of Debtor Julie  Sweitzer PHERBEIN@AOL.COM, herbeinlaw@gmail.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                       TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Julie Sweitzer
    Debtor(s)

Case No: 17−11628−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 4 Kramer Lane, Reading, Pa 19606, in addition to Motion for Relief from Co−Debtor Stay Re: Michael Corisdeo Filed by Wilmington Savings Fund Society FSB Represented by KEVIN G. MCDONALD.

*Hearing rescheduled from 9:30 AM to 11:00 AM 8/29/2019

    on: 8/29/19

    at: 11:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/19/19

Timothy B. McGrath
Clerk of Court

34 − 30
Form 167