United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-11628-elf
Julie Sweitzer                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Virginia          Page 1 of 2          Date Rcvd: Jun 28, 2019
                         Form ID: pdf900         Total Noticed: 24

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
db             +Julie Sweitzer,    4 Kramer Lane,    Reading, PA 19606-1026
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13879391       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
13879395       +Paypal credit,    P.O. 5018,    Lutherville Timonium, MD 21094-5018
13879397       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
13879399       +Torres Crdit,    Tcs Inc.,    Po Box 189,   Carlisle, PA 17013-0189
13972984       +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2019 03:20:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 29 2019 03:20:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13968142       +E-mail/Text: bncmail@w-legal.com Jun 29 2019 03:20:48      COMENITY CAPITAL BANK,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
13879393       +E-mail/PDF: pa_dc_ed@navient.com Jun 29 2019 03:21:59      Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,   Wilkes Barr, PA 18773-9635
13883463        E-mail/Text: mrdiscen@discover.com Jun 29 2019 03:19:55      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13879394       +E-mail/Text: mrdiscen@discover.com Jun 29 2019 03:19:55      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
13966609       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 29 2019 03:20:41      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13959468        E-mail/PDF: pa_dc_claims@navient.com Jun 29 2019 03:22:41
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13879396        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:21:59
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
13973131        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:22:21
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14202410       +E-mail/Text: bncmail@w-legal.com Jun 29 2019 03:20:48      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13880102       +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:21:57      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13879398       +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:21:57      Synchrony Bank/Lowes,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                 Seattle, WA 98121-3132
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13966614*      +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
13879392      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
                                                                                               TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Virginia              Page 2 of 2              Date Rcvd: Jun 28, 2019
                              Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society FSB
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society FSB
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society FSB
               bkgroup@kmllawgroup.com
              PAUL H. HERBEIN    on behalf of Debtor Julie  Sweitzer PHERBEIN@AOL.COM, herbeinlaw@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   JULIE SWEITZER,    :   Chapter 13
                            :
         Debtor             :   Bky. No. 17-11628 ELF

# O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW**, the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date: June 28, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**